# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DARRYL WALKER**                                                                                      **PETITIONER**

**Reg. #23303-009**

**V.**                               **NO. 4:12CV00743 BRW-JTR**

**UNITED STATES OF AMERICA**
                                                                                                        **RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.   After carefully considering these documents and making a *de novo* review of the record in this case, I conclude that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus be DISMISSED, without prejudice.

DATED this 26th day of February, 2013.

                                                                /s/BILLY ROY WILSON
                                                                UNITED STATES DISTRICT JUDGE