# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DARRYL WALKER**  
                                                      **PETITIONER**  
**Reg. #23303-009**

**NO. 4:12CV00743 BRW-JTR**  
Vs.

**UNITED STATES OF AMERICA**  
                                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. ' 2241 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 26th day of February, 2013.

                                                /s/BILLY ROY WILSON  
                                        UNITED STATES DISTRICT JUDGE